AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelly, Claire R. | 2. Court or Organization<br><br>U.S. Court of International Trade | 3. Date of Report<br><br>04/22/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Court of International Trade Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

One Federal Plaza
New York, NY 10278-0001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Adjunct Faculty Member | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Hewlett-Woodmere Union Free School District - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Case Western Reserve | Oct 25-27, 2018 | Cleveland, OH | Trade Policy Conference | Travel, lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank - Cash Accounts | A | Interest | M | T | | | | | |
| 2. Met Life - whole life / life insurance | A | Dividend | K | T | | | | | |
| 3. Series EE US Savings Bond | | None | J | T | | | | | |
| 4. BROKERAGE ACCCOUNT #1 (H) | | | | | | | | | |
| 5. Citigroup Inc Stock (common) (C) | A | Dividend | J | T | | | | | |
| 6. General Electric Stock (common) (GE) | A | Dividend | J | T | | | | | |
| 7. AMERICAN FUNDS, AMERICAN EUROPACIFIC GRW F2 (AEPFX) | B | Dividend | K | T | | | | | |
| 8. AMERICAN FUNDS, AMERICAN GW FD OF AMERICA F2 (GFFFX) | C | Dividend | K | T | | | | | |
| 9. AMERICAN FUNDS, AMERICAN WA MUTUAL F2 (WMFFX) | C | Dividend | K | T | | | | | |
| 10. MAINSTAY NY TAX FREE OPPORT I (MNOIX) | B | Dividend | K | T | | | | | |
| 11. PGIM (FORMERLY PRUDENTIAL) TOTAL RETURN BD Z (PDBZX) | B | Dividend | K | T | | | | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. MORGAN STANLEY BANK NA (CASH) | A | Interest | J | T | | | | | |
| 14. ISHARES INCMSCI JAPAN ETF (EWJ) | A | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 15. | | | | | Sold | 09/13/18 | K | A | |
| 16. ISHARES MORNINGSTAR MID CP ETF (JKG) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 17. WISDOMTREE TR JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | Buy | 09/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BARON GROWTH INSTITUTIONAL (BGRIX) | B | Dividend | K | T | Sold (part) | 01/12/18 | J | | |
| 19. | | | | | Sold (part) | 07/27/18 | J | A | |
| 20. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 21. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 22. BLACKROCK INFLAT PROT BOND I (BPRIX) | A | Dividend | K | T | Buy (add'l) | 09/14/18 | K | | |
| 23. BLACKSTONE ALT MULT-STRAT INST (BXMIX) | | None | | | Buy (add'l) | 01/12/18 | J | | |
| 24. | | | | | Sold | 09/13/18 | K | | |
| 25. BRANDYWINE (FORMERLY LEGG MASON) BW ALT CREDIT (LMANX) | A | Dividend | | | Sold | 09/13/18 | J | | |
| 26. CLEARBRIDGE LG CAP GRWTH I (SBLYX) | C | Dividend | L | T | Buy | 09/13/18 | L | | |
| 27. DELAWARE INV SM VAL INST (DEVIX) | B | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 28. | | | | | Sold (part) | 07/27/18 | J | A | |
| 29. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 30. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | L | T | Buy | 09/13/18 | L | | |
| 31. EV ADV FLOATING RATE I (EIFAX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 32. EV INCOME FUND OF BOSTON (EIBIX) | A | Dividend | | | Sold | 01/12/18 | K | | |
| 33. IVY MID CAP GROWTH I (IYMIX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 34. | | | | | Sold (part) | 07/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/13/18 | J | C | |
| 36. LOCORR MARKET TREND I (LOTIX) | | None | | | Sold | 09/13/18 | J | | |
| 37. MAINSTAY CUSHING MLP PREMIER I (CSHZX) | C | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 38. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 39. | | | | | Sold (part) | 05/23/18 | J | | |
| 40. | | | | | Sold (part) | 07/27/18 | J | | |
| 41. | | | | | Sold (part) | 08/22/18 | J | | |
| 42. | | | | | Sold (part) | 09/13/18 | K | | |
| 43. OAKMARK I (OAKMX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 44. | | | | | Sold | 05/04/18 | L | | |
| 45. OAKMARK FUND ADV (OAYMX) | D | Dividend | L | T | Buy | 05/04/18 | L | | |
| 46. | | | | | Buy (add'l) | 07/27/18 | K | | |
| 47. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 48. | | | | | Sold (part) | 09/25/18 | J | A | |
| 49. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 50. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 51. OAKMARK INTERNATL I (OAKIX) | | None | | | Buy (add'l) | 01/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/24/18 | J | A | |
| 53. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 54. | | | | | Sold | 05/04/18 | M | | |
| 55. OAKMARK INTERNATIONAL ADV (OAYIX) | | None | | | Buy | 05/04/18 | M | | |
| 56. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 57. | | | | | Sold | 09/13/18 | M | | |
| 58. PEAR TREE POLARIS FGN VL 1 (QFVIX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 59. PIONEER MLTI AST ULT SHT INC Y (MYFRX) | A | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 60. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 61. | | | | | Sold | 09/13/18 | K | | |
| 62. POLEN GRW INST (POUX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 63. | | | | | Sold (part) | 05/23/18 | J | A | |
| 64. | | | | | Sold (part) | 07/24/18 | J | A | |
| 65. | | | | | Sold (part) | 07/27/18 | K | C | |
| 66. | | | | | Sold | 09/13/18 | K | D | |
| 67. PGIM (FORMERLY PRUDENTIAL) SHT TRM CORP BD Z (PIFZX) | B | Dividend | | | Buy (add'l) | 01/12/18 | K | | |
| 68. | | | | | Sold (part) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/26/18 | J | | |
| 70. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 71. | | | | | Sold (part) | 08/22/18 | J | | |
| 72. | | | | | Sold | 09/13/18 | L | | |
| 73. PGIM (FORMERLY PRUDENTIAL) TOTAL RETURN BD Z (PDBZX) | B | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 74. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 75. | | | | | Sold (part) | 10/24/18 | J | | |
| 76. THORNBURG INTL GRWTH I (TINGX) | B | Dividend | K | T | Buy | 09/13/18 | K | | |
| 77. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 78. TOUCHSTONE MID CAP VALUE Y (TCVYX) | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 79. | | | | | Sold | 09/13/18 | J | | |
| 80. VAN ECK EMERGING MARKETS Y (EMRYX) | | None | | | Sold (part) | 02/21/18 | J | A | |
| 81. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 82. | | | | | Sold | 09/13/18 | K | | |
| 83. WESTERN ASSET CORE PLUS BD I (WACPX) | A | Dividend | L | T | Buy | 09/13/18 | L | | |
| 84. IRA #2 (H) | | | | | | | | | |
| 85. MORGAN STANLEY BANK NA (CASH) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ISHARES INCMSCI JAPAN ETF (EWJ) | | None | | | Buy (add'l) | 01/12/18 | J | | |
| 87. | | | | | Sold | 09/13/18 | J | A | |
| 88. ISHARES MORNINGSTAR MID CP ETF (JKG) | A | Dividend | J | T | Buy | 09/13/18 | K | | |
| 89. WISDOMTREE TR JAPN HEDGE EQ (DXJ) | A | Dividend | J | T | Buy | 09/13/18 | J | | |
| 90. BARON GROWTH INSTITUTIONAL (BGRIX) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | | |
| 91. | | | | | Sold (part) | 07/27/18 | J | A | |
| 92. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 93. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 94. BLACKROCK INFLAT PROT BOND I (BPRIX) | A | Dividend | K | T | Buy (add'l) | 09/14/18 | J | | |
| 95. BLACKSTONE ALT MULT-STRAT INST (BXMIX) | | None | | | Sold | 09/13/18 | K | | |
| 96. BRANDYWINE (FORMERLY LEGG MASON) BW ALT CREDIT (LMANX) | A | Dividend | | | Sold | 09/13/18 | J | | |
| 97. CLEARBRIDGE LARGE CAP GRWTH I (SBLYX) | B | Dividend | L | T | Buy | 09/13/18 | L | | |
| 98. DELAWARE INV SM VAL INST (DEVIX) | B | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 99. | | | | | Sold (part) | 07/27/18 | J | A | |
| 100. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 101. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 102. EV ADV FLOATING RATE I (EIFAX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  EV INCOME FUND OF BOSTON (EIBIX) | A | Dividend | | | Sold | 01/12/18 | J | | |
| 104.  IVY MID CAP GROWTH I (IYMIX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 105. | | | | | Sold (part) | 07/27/18 | J | A | |
| 106. | | | | | Sold | 09/13/18 | J | B | |
| 107.  LOCORR MARKET TREND I (LOTIX) | | None | | | Sold | 09/13/18 | J | | |
| 108.  MAINSTAY CUSHING MLP PREMIER I (CSHZX) | B | Dividend | J | T | Buy (add'l) | 07/27/18 | J | | |
| 109. | | | | | Sold (part) | 09/13/18 | J | | |
| 110.  OAKMARK I (OAKMX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 111. | | | | | Sold | 05/04/18 | K | | |
| 112.  OAKMARK FUND ADV (OAYMX) | C | Dividend | K | T | Buy | 05/04/18 | K | | |
| 113. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 114. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 115. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 116.  OAKMARK INTERNATL I (OAKIX) | | None | | | Buy (add'l) | 01/12/18 | K | | |
| 117. | | | | | Sold | 05/04/18 | L | | |
| 118.  OAKMARK INTERNATIONAL ADVISOR (OAYIX) | | None | | | Buy | 05/04/18 | L | | |
| 119. | | | | | Buy (add'l) | 07/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/13/18 | L | | |
| 121. PEAR TREE POLARIS FGN VL I (QFVIX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 122. PIONEER MLTI AST ULT SHT INC Y (MYFRX) | A | Dividend | | | Buy (add'l) | 07/27/18 | J | | |
| 123. | | | | | Sold | 09/13/18 | K | | |
| 124. POLEN GRW INST (POUX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 125. | | | | | Sold (part) | 07/27/18 | K | C | |
| 126. | | | | | Sold | 09/13/18 | K | D | |
| 127. PGIM (FORMERLY PRUDENTIAL) SHT TRM CORP BD Z (PIFZX) | B | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 128. | | | | | Sold | 09/13/18 | K | | |
| 129. PGIM (FORMERLY PRUDENTIAL) TOTAL RETURN BD Z (PDBZX) | B | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 130. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 131. THORNBURG INTL GROWTH I (TINGX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 132. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 133. TOUCHSTONE MID CAP VALUE Y (TCVYX) | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 134. | | | | | Sold | 09/13/18 | J | | |
| 135. VAN ECK EMERGING MARKETS Y (EMRYX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 136. | | | | | Buy (add'l) | 07/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 09/13/18 | K | | |
| 138. WESTERN ASSET CORE PLUS BD I (WACPX) | A | Dividend | K | T | Buy | 09/13/18 | K | | |
| 139. IRA #3 (H) | | | | | | | | | |
| 140. Fidelity Blue Chip GR (FBGRX) | B | Dividend | L | T | | | | | |
| 141. Fidelity Blue Chip Value (FBCVX) | B | Dividend | L | T | | | | | |
| 142. Fidelity Diversified International Fund (FDIVX) | C | Dividend | L | T | | | | | |
| 143. Fidelity Global Comdty Stock (FFGCX) | A | Dividend | K | T | | | | | |
| 144. Fidelity Int'l Real Estate (FIREX) | A | Dividend | K | T | | | | | |
| 145. Fidelity Mid Cap ENH Index (FMEIX) | B | Dividend | K | T | | | | | |
| 146. Fidelity SM Cap ENH Index (FCPEX) | C | Dividend | K | T | | | | | |
| 147. Fidelity Total Emerging Markets (FTEMX) | A | Dividend | K | T | | | | | |
| 148. Fidelity GLB High Income (FGHNX) | A | Dividend | K | T | | | | | |
| 149. Fidelity NEW Mkts. Inc. (FNMIX) | A | Dividend | K | T | | | | | |
| 150. Fidelity Strategic Income (FADMX) | B | Dividend | K | T | Sold | 04/27/18 | K | | |
| 151. | | | | | Buy | 04/27/18 | K | | |
| 152. Fidelity Total Bond (FTBFX) | B | Dividend | L | T | | | | | |
| 153. IRA #4 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TIAA Traditional | C | Dividend | L | T | Distributed (part) | 06/01/18 | J | | |
| 155. IRA #5 (H) | | | | | | | | | |
| 156. MORGAN STANLEY BANK NA (cash) (Y) | | | | | Open | 06/08/18 | J | | |
| 157. CLEARBRIDGE LARGE CAP GROWTH (SBLYX) | A | Dividend | J | T | Buy | 09/13/18 | J | | |
| 158. OAKMARK FUND ADVISOR (OAYMX) | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 159. OAKMARK INTERNATIONAL ADVISOR (OAYIX) | A | Dividend | | | Buy | 06/14/18 | J | | |
| 160. | | | | | Sold | 09/13/18 | J | | |
| 161. PGIM SHORT TERM CORP BOND Z (PIFZX) | A | Dividend | | | Buy | 06/14/18 | J | | |
| 162. | | | | | Sold | 09/13/18 | J | | |
| 163. PGIM TOTAL RETURN BOND Z (PDBZX) | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 164. POLEN GROWTH INST (POLIX) (Y) | | | | | Buy | 06/14/18 | J | | |
| 165. WESTERN ASSET CORE PLUS BD I (WACPX) | A | Dividend | J | T | Buy | 09/13/18 | J | | |
| 166. CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |
| 167. General Electric Stock (common) (GE) | A | Dividend | J | T | | | | | |
| 168. COLLEGE FUND #1 (H) | | | | | | | | | |
| 169. NY 529 College Svgs Prog, Mod. Age-Based Option: Discp Growth Portf. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 156 and 164: Following reportable transactions, these items became unreportable without corresponding reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Claire R. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544